UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH MITZ,

    Plaintiff,                               HONORABLE PAUL L. MALONEY

v.                                            Case No. 1:09-cv-365

CITY OF GRAND RAPIDS, et al.,

    Defendants.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been advised that this matter has resolved through Case Evaluation (Dkt. #53). Accordingly,

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court by **April 27, 2010**.

DATED: March 30, 2010                       /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief United States District Judge